**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1156**

_____

IDA HAWKINS,

                Plaintiff - Appellant,

      v.

DR. JOE HAIRSTON; JOAN MURPHY; MARGARET A. HOWIE; LAWRENCE
SCHMIDT,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James  K.  Bredar,  District Judge.
(1:12-cv-01366-JKB)

_____

Submitted:  June 20, 2013          Decided:  June 25, 2013

_____

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ida  Hawkins,  Appellant  Pro  Se.   Andrew  G.  Scott,  Lisa  Y.
Settles,  Leslie  Robert  Stellman,  PESSIN  &  KATZ,  PA,  Towson,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ida Hawkins appeals the district court's order granting the defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hawkins v. Hairston</u>, No. 1:12-cv-01366-JKB (D. Md. Nov. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>